Raul Ruiz ARROYO, Respondent,

v.

## LIFE SCIENCE INNOVATIONS and SFM Risk Solutions, Inc., Relators.

No. A12–1397.

Supreme Court of Minnesota.

April 2, 2013.

George W. Kuehner, Michael P. Goodwin, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for relators.

Ross K. Menk, Law Offices of Menk & Menk, Minneapolis, MN, for respondent.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on July 12, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/————————————
Christopher J. Dietzen
Associate Justice